# EXHIBIT 1

# GT GreenbergTraurig

Kevin T. Collins
Tel 916.442.1111
Fax 916.448.1709
collinskt@gtlaw.com

August 9, 2010

<u>**VIA EMAIL (mike.mcginley@heska.com) AND U.S. MAIL**</u>

Michael McGinley
Heska Corporation
3760 Rocky Mountain Ave.
Loveland, CO  80538

    Re:  Anne S. Hale - Animal Blood Bank, Inc.

Dear Mr. McGinley:

Greenberg Traurig, LLP represents Animal Blood Bank, Inc. ("ABB"), and has been retained to protect its interests with respect to Dr. Anne Hale. It has come to ABB's attention that Dr. Hale is engaged in discussions with Heska Corp., Entegrion, Inc. and others to develop a lyophilized platelet project - a project that in fact belongs to ABB.

As you may know, Dr. Hale is a current director and shareholder and former chief executive officer of ABB, which owns the intellectual property, trade secrets, and other proprietary information Dr. Hale is attempting to use for the platelet project. At no time has ABB authorized Dr. Hale to undertake any of the actions in which she has been engaged. Dr. Hale's actions are without ABB's authority, and this constitutes notice to you that ABB is the owner of the information she is providing you.

Please cease and desist any further discussions and activities with Dr. Hale that relate to ABB's lyophilized platelet project, including the use of any of ABB's intellectual property, trade secrets, and other proprietary information she may have provided Heska Corp. We request you return any and all such information to us immediately.

Please contact me if you have any questions.

Sincerely,

*[signature]*

Kevin T. Collins

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN*
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH
*STRATEGIC ALLIANCE

Michael McGinley
August 9, 2010
Page 2

bcc:   Patricia M. Kaufman
       Michael W. Kaufman
       Michelle Rowe Hallsten (Greenberg Traurig - Sacramento)
       Marc B. Koenigsberg, Esq. (Greenberg Traurig - Sacramento)

SAC 441,778,875v1