UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ANIMAL BLOOD BANK, INC., a California corporation; MICHAEL W. KAUFMAN, an individual; and PATRICIA M. KAUFMAN, an individual,

        Plaintiffs,

v.

ANNE S. HALE, an individual, Defendant.

        Defendant.

NO. CIV. 2:10-2080 FCD/KJN

MEMORANDUM AND ORDER

----oo0oo----

    Plaintiffs Animal Blood Bank, Inc., et. al. ("ABB") move this court for a preliminary injunction that enjoins defendant from competing or interfering with ABB, and requires defendant to refrain from misappropriating ABB's trade secrets.[1]

---

[1] Plaintiffs seek a preliminary injunction that enjoins "defendant Hale, her agents, servants, and employees and all persons acting under, in concert with, or for Hale from taking
(continued...)

Parties are hereby ordered to meet and confer regarding a stipulation as to use of the contents of defendant's laptop within the next forty-five days.  In order to allow plaintiffs sufficient time to examine the contents of defendant's laptop, defendant shall refrain from utilizing the information contained on her laptop in her business activities during this forty-five day period.  Further, during this forty-five day period, neither party shall disclose the contents of defendant's laptop to any party other than counsel or designated experts.

Plaintiffs withdraw their motion as to defendant's competition, or interference, with ABB's business; therefore this portion of plaintiffs' motion is DENIED as moot.

As to the matter of misappropriation of ABB's trade secrets, this portion of plaintiffs' motion is DENIED without prejudice for failure to submit admissible evidence to establish success on the merits.

This matter is continued to Friday, January 14, 2011 for further status.  If the parties inform the Court that they have reached an agreement as to the above matter, the status hearing will be vacated.

---

[1](...continued)
any action of any nature whatsoever to interfere with ABB, its projects, its employees, its customers, or its vendors, including, but not limited to, operating a competing business." Plaintiffs also request a preliminary injunction that requires "[defendant], her agents, servants and employees, and all persons acting under, in concert with, or for [defendant]: (a) to refrain from continuing the misappropriation or use of ABB's trade secrets by ongoing use or disclosure of ABB's lists; and (b) return all copies of ABB's trade secrets."

1       IT IS SO ORDERED.
2  DATED: November 23, 2010

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE