KELLIE M. MURPHY (SBN 189500)
ROBERT H. JOHNSON (SBN 048067)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendant and Counterclaimant ANNE S. HALE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL BLOOD BANK, INC., a California corporation; MICHAEL W. KAUFMAN, an individual; and PATRICIA M. KAUFMAN, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ANNE S. HALE, an individual,<br><br>　　　　Defendant. | CASE NO. 2:10-cv-02080-FCD-KJN<br><br>**STIPULATION AND ORDER REGARDING COURT'S ORDER DATED NOVEMBER 24, 2010** |
| ANNE S. HALE, an individual,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>ANIMAL BLOOD BANK, INC., a California corporation; MICHAEL W. KAUFMAN, an individual; and PATRICIA M. KAUFMAN, an individual,<br><br>　　　　Counterdefendants. | |

Plaintiffs and Counterdefendants ANIMAL BLOOD BANK, INC., MICHAEL W. KAUFMAN and PATRICIA KAUFMAN and Defendant and Counterclaimant ANNE S. HALE hereby stipulate that the provision of the Court's order of November 24, 2010 which reads:

///

> In order to allow plaintiffs sufficient time to examine the contents of defendant's laptop, defendant shall refrain from utilizing the information contained on her laptop in her business activities during this forty-five day period. Further, during this forty-five day period, neither party shall disclose the contents of defendant's laptop to any party other than counsel or designated experts

shall be amended to read:

> In order to allow plaintiffs sufficient time to examine the contents of the defendant's laptop used by her during her employment with plaintiff ABB, defendant shall refrain from utilizing the following categories of information contained on that laptop in her business activities during this forty-five day period:
>
> - Customer information (other than that which can be assembled from sources such as the internet, lists of veterinary hospitals available from the internet, professional directories, public entities, "yellow pages" and the like);
>
> - Vendor information (other than that which can be assembled from similar sources);
>
> - Plaintiffs' financial information; and/or
>
> - Plaintiffs' intellectual property, which it either developed on their own, before or after Dr. Hale was an officer or director of plaintiff Animal Blood Bank, or which was acquired from Midwest Animal Blood Services.
>
> Further, during this forty-five day period, neither party shall disclose such categories of information contained on said laptop to any party other than counsel or designated experts.

So Stipulated:

Dated: December 8, 2010.              JOHNSON SCHACHTER & LEWIS
                                      A Professional Law Corporation


                                      By: /s/ Robert H. Johnson
                                          KELLIE M. MURPHY
                                          ROBERT H. JOHNSON
                                      Attorneys for Defendant and Counterclaimant
                                      ANNE S. HALE

Dated: December 10, 2010.             GREENBERG TRAURIG, LLP


                                      By: /s/ Marc Koenigsberg
                                          MARC KOENIGSBERG
                                      Attorneys for Plaintiffs and Counterclaimant
                                      MICHAEL KAUFMAN AND PATRICIA KAUFMAN

2

STIPULATION AND ORDER RE:                                 Case No.: 2:10-cv-02080-FCD-KJN
COURT'S ORDER DATED NOVEMBER 24, 2010

1    IT IS SO ORDERED.

2   Dated: December 13, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

3

STIPULATION AND ORDER RE:                          Case No.: 2:10-cv-02080-FCD-KJN
COURT'S ORDER DATED NOVEMBER 24, 2010