UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANIMAL BLOOD BANK, INC., a California corporation; MICHAEL W. KAUFMAN, an individual; and PATRICIA M. Kaufman, an individual<br><br>　　　Plaintiffs<br><br>v.<br><br>ANNE S. HALE, an individual<br><br>　　　Defendant. | Case No.  2:10-cv-02080-KJM KJN<br><br>**ORDER GRANTING REQUEST TO TAKE OCTOBER 27, 2011 SETTLEMENT CONFERENCE OFF CALENDAR AND STAY ACTION** |
| ANNE S. HALE<br><br>　　　Counter Claimant,<br><br>v.<br><br>ANIMAL BLOOD BANK, INC.; MICHAEL W. KAUFMAN; and PATRICIA M. KAUFMAN,<br><br>　　　Counter Defendants. | |

1  Plaintiffs request to take the Settlement Conference off calendar is GRANTED and the
2  Settlement Conference scheduled for October 27, 2011 is taken off calendar, and the matter stayed
3  pending further order of the Court.
4  IT IS SO ORDERED.

5 **Date:  10/24/2011**

6
7  _____
   UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**ORDER GRANTING REQUEST TO TAKE 10/27/11 SETTLEMENT CONFERENCE OFF CALENDAR AND STAY ACTION**

*SAC 442,085,347v1 10-17-11*