1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ANIMAL BLOOD BANK, INC., a California corporation; MICHAEL W. KAUFMAN, an individual; and PATRICIA M. Kaufman, an individual<br><br>    Plaintiffs<br><br>v.<br><br>ANNE S. HALE, an individual<br><br>    Defendant. | Case No. 2:10-cv-02080-KJM KJN<br><br>**ORDER GRANTING REQUEST TO TAKE OCTOBER 27, 2011 SETTLEMENT CONFERENCE OFF CALENDAR AND STAY ACTION** |
| ANNE S. HALE<br><br>    Counter Claimant,<br><br>v.<br><br>ANIMAL BLOOD BANK, INC.; MICHAEL W. KAUFMAN; and PATRICIA M. KAUFMAN,<br><br>    Counter Defendants. | |

Plaintiffs request to take the Settlement Conference off calendar is GRANTED and the Settlement Conference scheduled for October 27, 2011 is taken off calendar, and the matter stayed pending further order of the Court.

IT IS SO ORDERED.

**Date: 10/24/2011**

_____
UNITED STATES DISTRICT JUDGE

---

1   Case No. 2:10-CV-02080-KJM-KJN
**ORDER GRANTING REQUEST TO TAKE 10/27/11 SETTLEMENT CONFERENCE OFF CALENDAR AND STAY ACTION**

SAC 442,085,347v1 10-17-11