IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANIMAL BLOOD BANK, INC.,
a California corporation, et al.

      Plaintiff,                        Civ. No.  S-10-2080 KJM KJN

    vs.

ANNE S. HALE,                             ORDER AND ORDER TO SHOW CAUSE

      Defendant.
_____/

ANNE S. HALE,

      Counter Plaintiff

v.

ANIMAL BLOOD BANK, INC.,
et al.,

      Counter Defendants.
_____/

        On October 24, 2011, the court stayed this action after defendant/counter-plaintiff Hale filed for bankruptcy in Michigan. On February 10, 2012, plaintiffs filed a motion to lift the stay and provided copies of the bankruptcy court's order lifting the automatic stay so that the instant case could proceed. The bankruptcy court also stayed the adversary proceeding based on the facts underlying the instant action. ECF No. 54-2 at 35-36.

1    This court lifted the stay in the instant action and directed the parties to file a joint
2 status report. Plaintiffs have filed a report and represented that defendant refuses to participate
3 further in this litigation. They have asked that they be allowed to pursue their motion to compel,
4 filed before the stay of this action was entered.

5    IT IS THEREFORE ORDERED that:

6    1. The status conference set for March 29, 2012 at 2:30 is vacated;

7    2. Plaintiffs may pursue their motion to compel, originally filed July 27, 2011,
8 which is deemed timely;

9    3. Defendant is directed to participate in the preparation of a joint status report,
10 due fourteen days from the date of this order, and is warned that her failure to do so will result in
11 the imposition of sanctions, which may include the dismissal of her counterclaim and the entry
12 of default; and

13    4. Defendant is directed to show cause within fourteen days of the date of this
14 order why she should not be sanctioned in the amount of $150.00 for her failure to date to
15 participate in preparing a joint status report.

16 DATED: March 27, 2012.

_____
UNITED STATES DISTRICT JUDGE