1  KURT A. KAPPES – SBN 146384
   kappesk@gtlaw.com
2  MARC B. KOENIGSBERG – SBN 204265
   koenigsbergm@gtlaw.com
3  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
4  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
5  Facsimile:  (916) 448-1709

6  Attorneys for Plaintiffs and Counter Defendants,
   Animal Blood Bank, Inc., Michael W. Kaufman, and
7  Patricia M. Kaufman

8

9

10

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13

14  ANIMAL BLOOD BANK, INC., a California          CASE NO.: 2:10-cv-02080-KJM-KJN
    corporation;
15  MICHAEL W. KAUFMAN, an individual; and
    PATRICIA M. KAUFMAN, an individual,

16          Plaintiffs,

17  v.                                            **STIPULATION FOR DISMISSAL OF
                                                   COUNTERCLAIM WITH PREJUDICE;
18  ANNE S. HALE, an individual,                   ORDER**

19          Defendant.

20  ─────────────────────────────

    ANNE S. HALE,
21
            Counter Claimant,
22
    v.
23
    ANIMAL BLOOD BANK, INC.;
24  MICHAEL W. KAUFMAN; and
    PATRICIA M. KAUFMAN,
25
            Counter Defendants.
26

27

28

# **STIPULATION**

1.      On October 8, 2010, Defendant/Counter Claimant Anne S. Hale ("Hale") filed a Counterclaim in this action.  *See* Document 8 on file with the Court.

2.      On July 29, 2011, Hale filed a bankruptcy case under Chapter  of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Michigan, bearing case number 11-33589.  *See* Document 44 on file with the Court.

3.      Michael A. Mason was appointed the Chapter 7 bankruptcy Trustee of the bankruptcy estate of Hale ("Trustee").

4.      The claims of Hale set forth in the Counterclaim are property of her bankruptcy estate pursuant to 11 U.S.C. section 541 and are under the control of the Trustee.

5.      Pursuant to Fed. R. Civ. P. 41(a)(1), Counter Defendants, Animal Blood Bank, Inc., Michael W. Kaufman, and Patricia M. Kaufman (collectively, "ABB"), and Michael A. Mason, as Trustee have, and hereby, stipulate only to the dismissal of the entire Counterclaim, and any and all claims alleged in it, with prejudice and with ABB and Trustee bearing their own attorney's fees and costs with respect to the Counterclaim.

///
///
///
///
///
///
///
///
///
///
///
///

1          6.     The action against Anne S. Hale, filed August 4, 2010 (*see* Document 1) shall

2    remain active.

3    Dated:  June 25, 2012                  GREENBERG TRAURIG, LLP

4

5                                  By:  */s/ Marc Koenigsberg* _____
                                          Kurt A. Kappes

6                                        Marc B. Koenigsberg
                                          Attorneys for Plaintiffs and Counter

7                                        Defendants,
                                          Animal Blood Bank, Inc., Michael W.

8                                        Kaufman, and Patricia M. Kaufman

9    Dated:  June 25, 2012                  BEADLE SMITH, PLC

10

11                                   By:  */s/ Kevin Smith* _____
                                         Kevin M. Smith (as authorized on 6/25/12)

12                                       Attorneys for Trustee
                                         Michael A. Mason

13

14   ### ORDER

15       IT IS HEREBY ORDERED that the Counterclaim only in this action is hereby

16   dismissed with prejudice and with ABB and Trustee bearing their own attorney's fees and costs

17   with respect to the Counterclaim.

18   Dated:  June 29, 2012.

19

20                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF COUNTERCLAIM WITH PREJUDICE;  ORDER