IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANIMAL BLOOD BANK, INC., a
California corporation, et al.,

      Plaintiffs,                    No. 2:10-cv-02080 KJM KJN

    v.

ANNE S. HALE, an individual,

      Defendant.                 <u>ORDER</u>

/

        Plaintiffs filed a Motion for Default Judgment on September 20, 2012.[1] (Pls.' Mot. for Default J., Dkt. No. 74.) Previously, on August 24, 2012, the undersigned set a briefing schedule and ordered plaintiffs to include within their Motion "the legal and factual bases for the damages arising from each claim(s)." (Order, Dkt. No. 73 at 2.)

        Plaintiffs' Motion states that plaintiffs seek default judgment upon claims for: (1) breach of a "Merger Agreement," (2) breach of a "Shareholder Agreement", (3) breach of fiduciary duty arising from defendant's role as a director and officer of plaintiff Animal Blood Bank, Inc. ("ABB"), (4) misappropriation of trade secrets belonging to ABB, and (5) fraud.

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(19), 28 U.S.C. § 636(b)(1), and pursuant to an Order issued August 21, 2012 (Order, Dkt. No. 72).

1

(Mot. for Default J. at 10-14.) Plaintiffs' Motion includes a four-page list of damages figures and citations supporting those figures (id. at 18-21), but the Motion does not specify the claim(s) giving rise to each damages figure. Plaintiffs preface the four-page list with the explanation that "[p]laintiffs are able to demonstrate the following damages as a result of [Defendant] Hale's misconduct." (Id. at 18.)

Grouping together all damages amounts arising from all the various forms of defendant's alleged "misconduct" leaves it to the undersigned to decipher which damages amounts arise from which specific claim(s). Accordingly, the undersigned requests further clarification from plaintiffs specifying which damages amounts arise from which claim(s).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. On or before October 11, 2012, plaintiffs shall file supplemental briefing that succinctly clarifies, in a chart and/or in a few short paragraphs:

(a) which damages figure(s) result from claimed breach(es) of the "Merger Agreement";

(b) which damages figure(s) result from claimed breach(es) of the "Shareholder Agreement";

(c) which damages figure(s) result from claimed breach(es) of fiduciary duty;

(d) which damages figure(s) result from claimed misappropriation of trade secrets;

(e) which damages figure(s) result from claimed fraudulent misrepresentation(s).

2. On the court's own motion, the hearing currently set for October 18, 2012, is vacated and reset for November 1, 2012, at 10:00 a.m., before the undersigned in Courtroom 25. Defendant's opposition brief, if any, shall be filed no later than October 18, 2012. Plaintiff's reply brief, if any, shall be filed no later than October 25, 2012.

3. The Clerk of Court is directed to serve this Order by mail on all of the following people at the addresses listed below:

////

1  Anne S. Hale
   802 S. Clinton Street
2  Stockbridge, MI 49285

3  Anne S. Hale
   19200 Williamsville Road
4  Gregory, MI 48137

5  Kevin M. Smith
   Beadle Smith, PLC
6  445 S. Livernois Road, Suite 305
   Rochester Hills, MI 48307

7
   John L. Gormley
8  Gormley and Johnson Law Offices, PLC
   101 East Grand River Avenue
9  P.O. Pox 935
   Fowlerville, MI 48836
10
   Mary G. Falcone
11 6420 Farmington Road, Suite 106
   West Bloomfield, MI 48322
12

13       IT IS SO ORDERED.

14 DATED: October 3, 2012

15

16 _____
   KENDALL J. NEWMAN
17 UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26