# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| Animal Blood Bank, Inc., et al. | ) | |
| | ) | |
| v. | ) | Case No.: 2:10-CV-02080-KJM-KJN |
| | ) | |
| Anne S. Hale | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___August 27, 2013___ against ___Anne S. Hale___
*Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk ............................................................................................................ | $ | 350.00 |
| Fees for service of summons and subpoena............................................................................ | | 475.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ............. | | 3,259.70 |
| Fees and disbursements for printing ................................................................................... | | |
| Fees for witnesses *(itemize on page two)*............................................................................... | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ........................................................................... | | |
| Docket fees under 28 U.S.C. 1923 ...................................................................................... | | |
| Costs as shown on Mandate of Court of Appeals ................................................................... | | |
| Compensation of court-appointed experts ............................................................................ | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | | |
| Other costs *(please itemize)* ............................................................................................. | | |
| | TOTAL $ | 4,084.70 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Affidavit

    I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service      ☒ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:     /s/ Marc B. Koenigsberg

Name of Attorney: Marc B. Koenigsberg of Greenberg Traurig

For: Animal Blood Bank, Inc., Michael Kaufman, Patricia Kaufman      Date: September 10, 2013
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| | | |
|---|---|---|
| _____ | _____ | _____ |
| *Clerk of Court* | *Deputy Clerk* | *Date* |



American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $              0.00 |
| | | | | | | | $              0.00 |
| | | | | | | | $              0.00 |
| | | | | | | | $              0.00 |
| | | | | | | | $              0.00 |
| | | | | | | | $              0.00 |
| | | | | | | TOTAL | $              0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



American LegalNet, Inc.
www.FormsWorkFlow.com

ITEMIZATION OF EXPENSES FOR BILL OF COSTS

Animal Blood Bank, Inc., et al.                Case Number 2:10-CV-02080-KJM-KJN

vs.

Anne S. Hale.

| Payment Date | PAYEE/DESCRIPTION | AMOUNT | SECTION TOTAL |
|---|---|---|---|
| | *Fees of the Clerk* | | |
| 8/05/10 | Filing Fee re Complaint | $350.00 | |
| TOTAL FOR SECTION | | | $350.00 |
| | *Fees for service of summons and subpoena* | | |
| 4/17/11 | Service  re Mark Ziller Subpoena | $125.00 | See Exhibit A |
| 4/25/11 | Service  re Independent Bank Subpoena | $195.00 | See Exhibit B |
| 6/09/11 | Service  re MSU Federal C. U. Subpoena | $155.00 | See Exhibit C |
| TOTAL FOR SECTION | | | $475.00 |
| *Fees of the Court Reporter for All or Any Part of the Transcript Necessarily Obtained for Use in the Case* | | | |
| 5/30/11 | Transcript for 5/16/11 deposition of Mark Ziller | $1,554.70 | See Exhibit D |
| 5/30/11 | Video for 5/16/11 deposition of Mark Ziller | $1,705.00 | See Exhibit E |
| TOTAL FOR SECTION | | | $3,259.70 |
| **GRAND TOTAL** | | | **$4,084.70** |

EXHIBIT A

# Invoice

## WYATT PROCESS SERVICE, LLC

P.O. BOX 1525
Round Rock, TX 78680
Phone: 512-501-4391
Fax: 512-651-2953
E-mail: info@wyattprocess.com

| Date | Invoice # |
|------|-----------|
| 4/17/2011 | 11-0176 |

Tax ID:          27-0176636

Bill To:

Greenberg Traurig, LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
512-320-7237
512-692-2930 Fax

## Payment Due Upon Receipt

| Description | Amount |
|-------------|--------|
| Style: Animal Blood Bank, Inc. vs. Anne S. Hale | |
| Case No. S-10-2080 KJM KJN | |
| Court: USDC for the Western District of Texas | |
| Date of Service: *April 15, 2011* | |
| | |
| **RUSH** Delivery of **Subpoena** to: | $90.00 |
| Mark Ziller, in person, at: | |
| 3610 Lohman's Ford Rd. | |
| Lago Vista, Travis County, Texas 78645 | |
| | |
| Additional Document: same individual | $35.00 |
| **Subpoena** (for production) | |
| 103152086 | |

| | |
|---|---|
| Total: | $125.00 |
| Payments/Credits: | $0.00 |
| **Balance Due:** | **$125.00** |

Payment Due Upon Receipt

*Objections to this invoice must be received in writing within 10 days of receipt or the outstanding
balance will be considered uncontested and payable.*

001149.010200

A. Swick

GT - AUSTIN (43) - A/P

Vendor # _74248_
G/L# _____   DEPT# _500_
C/M# _001149 010200_
Approval: _____
                    Signature
Print Name: _____   TKPR# _SWX_
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

RECEIVED
MAY 0 4 2011
A/P-MIAMI-GT

EXHIBIT B

# INVOICE



## RENNILLO
DEPOSITION & DISCOVERY
A VERITEXT COMPANY

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1035122 | 4/25/2011 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 15962.001 | 4/19/2011 | 2:10-CV-02080-FCD-KJN |

| Case Name |
|---|
| Animal Blood Bank, Inc. v. Anne S. Hale |

| Records Pertaining To |
|---|
| Service |

103145868

Marc B. Koenigsberg
Greenberg Traurig LLP
1201 K Street
Suite 1100
Sacramento, CA 95814

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Independent Bank<br><br>230 West Main Street<br>Ionia, MI 48846 | Marc B. Koenigsberg<br>Greenberg Traurig LLP<br>1201 K Street<br>Suite 1100<br>Sacramento, CA 95814 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Subpoena Services | | |
| Service () | | 0.00 |
| Service of Subpoena (Federal) | | 145.00 |
| Expedited Service | | 50.00 |
| | **TOTAL DUE >>>** | **$195.00** |
| | AFTER 6/24/2011 PAY | $210.60 |

*MBK*

GT-SACRAMENTO
Vendor # 46464
G/L # N/A   DEPT # _____
C/M # 001149.010100
Approval: x _____ K. Kersa
            Signature
Print Name: K Kossak   TKPR # 4463

☐ YES ☐ N/A  Sales/Use Tax Copy Made:
☐ YES ☐ N/A  Capital Expense Copy Made:

ENTERED
MAY 02 2011
GT-MIAMI-A/P

RECEIVED
MAY 02 2011
A/P-MIAMI-GT

Invoices unpaid after 60 days will include a flat late charge.
We thank you for your payment upon receipt of this invoice.

Tax ID: 20-3132569

Phone: (916) 442-1111   Fax:

*Please detach bottom portion and return with payment.*

Marc B. Koenigsberg
Greenberg Traurig LLP
1201 K Street
Suite 1100
Sacramento, CA 95814

| | | |
|---|---|---|
| Invoice No. | : | 1035122 |
| Invoice Date | : | 4/25/2011 |
| **Total Due** | : | **$ 195.00** |
| AFTER 6/24/2011 PAY $210.60 | | |

Remit To: **Rennillo Deposition & Discovery - A Veritext Company**
**100 Erieview Tower**
**1301 East Ninth Street**
**Cleveland, OH 44114**

| | | |
|---|---|---|
| Order No. | : | 15962.001 |
| BU ID | : | RCR |
| Case No. | : | 2:10-CV-02080-FCD-KJN |
| Case Name | : | Animal Blood Bank, Inc. v. Anne S. Hale |

EXHIBIT C

# INVOICE



R E N N I L L O
DEPOSITION & DISCOVERY
A VERITEXT COMPANY

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1036361 | 6/14/2011 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 15962.002 | 6/3/2011 | 2:10-CV-02080-FCD-KJN |
| **Case Name** | | |
| Animal Blood Bank, Inc. v. Anne S. Hale | | |

Marc B. Koenigsberg
Greenberg Traurig, LLP
1201 K Street
Suite 1100
Sacramento, CA 95814


103181177

**Records Pertaining To**

Service

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Michigan State University Federal Credit Union<br><br>3777 West Road<br>East Lansing, MI 48824 | Marc B. Koenigsberg<br>Greenberg Traurig, LLP<br>1201 K Street<br>Suite 1100<br>Sacramento, CA 95814 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Subpoena Services | | |
| Service () | | 0.00 |
| Service of Subpoena (Federal) | | 155.00 |
| | **TOTAL DUE >>>** | **$155.00** |
| | AFTER 8/13/2011 PAY | $167.40 |

Invoices unpaid after 60 days will include a flat late charge.
We thank you for your payment upon receipt of this invoice.

GT-SACRAMENTO (74)-A/P
Vendor #: 46464
G/L # N/A          DEPT #
C/M # 00149.010200
Approval: x   K. Kossak
            Signature
Print Name: K Kossak TKPR # 4463
Sales/Use Tax Copy Made:  ☐ YES  ☐ N/A
Capital Expense Copy Made: Phone: (916)442-1111  Fax:

ENTERED
JUN 30 2011
GT-MIAMI-A/P

**Tax ID:** 20-3132569

*Please detach bottom portion and return with payment.*

Marc B. Koenigsberg
Greenberg Traurig, LLP
1201 K Street
Suite 1100
Sacramento, CA 95814

| | | |
|---|---|---|
| Invoice No. | : | 1036361 |
| Invoice Date | : | 6/14/2011 |
| **Total Due** | : | **$ 155.00** |
| AFTER 8/13/2011 PAY | | $167.40 |

Remit To: **Rennillo Deposition & Discovery - A Veritext**
**Company**
**100 Erieview Tower**
**1301 East Ninth Street**
**Cleveland, OH 44114**

| | | |
|---|---|---|
| Order No. | : | 15962.002 |
| BU ID | : | RCR |
| Case No. | : | 2:10-CV-02080-FCD-KJN |
| Case Name | : | Animal Blood Bank, Inc. v. Anne S. Hale |

EXHIBIT D

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

103181174

| Bill To: | Marc B. Koenigsberg |
| | Greenberg Traurig LLP |
| | 1201 K Street |
| | Suite 1100 |
| | Sacramento, CA 95814 |

| Invoice #: | SF88636 |
| Invoice Date: | 05/30/2011 |
| Balance Due: | $ 1,554.70 |

| Case: | Animal Blood Bank, et al. v. Anne S. Hale |
| Job #: | 76456   |   Job Date: 05/16/2011   |   Delivery:   Normal |
| Billing Atty: | **Marc B. Koenigsberg** |
| Location: | Greenberg Traurig |
| | 300 West 6th Street | Suite 2050 | Austin, TX 78701 |
| Sched Atty: | Marc B. Koenigsberg | Greenberg Traurig, LLP (Sacto) |

GT-SACRAMENTO (74) A/P
Matter # 001149.010200
Vendor # 49994
G/L #  N/A    DEPT #
C/M #  001149.010200
Approval: x  *Kathe Kossak*
Signature
Print Name  K Kossak    TKPR # 4468

Capital Expense Copy Made:  ☐ YES  ☐ N/A

| Item | Witness | Description | | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Mark Ziller | Original & 1 Certified Transcript | Page | 304.00 | $4.05 | $1,231.20 |
| 2 | | Attendance Fee-(appearance) | | 2.00 | $50.00 | $100.00 |
| 3 | | Exhibits | per page | 189.00 | $0.50 | $94.50 |
| 4 | | CD Depo w/SBF & LEF | | 1.00 | $55.00 | $55.00 |
| 5 | | Transcript Handling | | 1.00 | $46.00 | $46.00 |
| 6 | | Shipping | Package | 1.00 | $28.00 | $28.00 |

MBK

ENTERED
JUN 30 2011

Notes:
GT-MIAMI-A/P

| | Invoice Total: | $1,554.70 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| | Balance Due: | $1,554.70 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

| Invoice #: | SF88636 |
| Job #: | 76456 |
| Invoice Date: | 05/30/2011 |
| Balance : | $1,554.70 |

Please remit payment to:
**3090 Bristol Street, Suite 190**
**Costa Mesa, California 92626**

EXHIBIT E

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127 Fax. 213-623-5007

103181175

| | |
|---|---|
| **Bill To:** Marc B. Koenigsberg<br>Greenberg Traurig LLP<br>1201 K Street<br>Suite 1100<br>Sacramento, CA 95814 | **Invoice #:** SF88638<br>**Invoice Date:** 05/30/2011<br>**Balance Due:** $ 1,705.00 |

| | | |
|---|---|---|
| **Case:** | Animal Blood Bank, et al. v. Anne S. Hale | **Matter #** 001149.010200 |
| **Job #:** | 76456 \| Job Date: 05/16/2011 \| Delivery: Normal | ENTERED |
| **Billing Atty:** | Marc B. Koenigsberg | JUN 30 2011 |
| **Location:** | Greenberg Traurig<br>300 West 6th Street \| Suite 2050 \| Austin, TX 78701 | |
| **Sched Atty:** | Marc B. Koenigsberg \| Greenberg Traurig, LLP (Sacto) | GT-MIAMI-A/P |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Mark Ziller | Video Services | Hour | 9.75 | $172.00 | $1,677.00 |
| 2 | | Shipping | Package | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| **Notes:** | **Invoice Total:** $1,705.00 |
| | **Payment:** |
| | **Credit:** |
| | **Interest:** $0.00 |
| Fed. Tax ID: 20-2843256 | **Balance Due:** $1,705.00 |

GT-S: Number 19 (74)-A/P
Vendor # 49994
N/A DEPT #
001149 010200

**TERMS** Payable upon receipt. Payments 30 days past due will bear a finance charge of 1% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Approval. x _K. Kossak_
Signature
Print Name: K Kossak TKPR #4468

Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

RECEIVED
JUN 27 2011
A/P-MIAMI-GT

**Please tear off stub and return with payment.**

| | | |
|---|---|---|
| Make check payable to: **Veritext** | **Invoice #:** | **SF88638** |
| | **Job #:** | **76456** |
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | **Invoice Date:** | **05/30/2011** |
| | **Balance :** | **$1,705.00** |
| Credit Card # _____ Exp. Date _____ | Please remit payment to:<br>**3090 Bristol Street, Suite 190** | |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) | **Costa Mesa, California 92626** | |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) | For more information on charges related to our services please consult www.veritext.com/servicemenu | |