# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Animal Blood Bank, Inc., et al., | No. 2:10-cv-02080-KJM-KJN |
| Plaintiffs, | ORDER |
| v. | |
| Anne S. Hale, | |
| Defendant. | |

Plaintiff Animal Blood Bank, Inc. applies to renew the judgment in this action. ECF No. 85. This court entered judgment in August 2013 after granting plaintiff's motion for default judgment. *See* F&Rs, ECF No. 80, *adopted in part*, ECF No. 81; Judgment, ECF No. 82. According to plaintiff's counsel, the judgment has not been paid in full. *See generally* Turner Decl., ECF No. 85-7; *see also* Appl. Ex. 5, ECF No. 85-6 (recording payments, interest, and amounts due).

State law ordinarily governs "in proceedings supplementary to and in aid of judgment or execution" in federal courts. Fed. R. Civ. P. 69(a)(2). Under California law, the ten-year period "of enforceability of a money judgment . . . may be extended by renewal of the judgment." Cal. Civ. Proc. Code § 683.110(a); *see also id.* § 683.020 (period of enforceability). "The judgment creditor may renew a judgment by filing an application for renewal of the judgment with the court in which the judgment was entered." *Id.* § 683.120(a). In California courts, "[t]he statutory

renewal of judgment is an automatic, ministerial act." *Goldman v. Simpson*, 160 Cal. App. 4th 255, 262 (2008). Federal courts in California commonly grant judgment creditors' requests to renew the judgment, provided those requests satisfy the requirements of state law. *Cf. Tolbert v. Leighton*, No. 77-0023, 1998 WL 646675 (N.D. Cal. Feb. 25, 1998) (denying request to renew judgment that did not comply with state law and denying relief under Federal Rule of Civil Procedure 60(b)), *aff'd*, 156 F.3d 1239 (9th Cir. 1998) (unpublished table decision).

The court has reviewed plaintiff's application and finds it satisfies the requirements of state law. *See* Cal. Civ. P. Code §§ 683.130 (time for filing), *id.* § 683.140 (contents of application). The application to renew the judgment is **granted**.

This order resolves ECF No. 85.

IT IS SO ORDERED.

DATED: August 28, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2